Matter of Louissaint v Williams (2025 NY Slip Op 00963)

Matter of Louissaint v Williams

2025 NY Slip Op 00963

Decided on February 19, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 19, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
PAUL WOOTEN
CARL J. LANDICINO
JAMES P. MCCORMACK, JJ.

2023-12041
 (Docket Nos. O-4480-23, O-4998-23)

[*1]In the Matter of Ebony Louissaint, etc., appellant, 
v
Julienne Williams, etc., respondent.

Daniel Lawrence Pagano, White Plains, NY, for appellant.
Nancy C. Nissen, White Plains, NY, for respondent.

DECISION & ORDER
In a proceeding pursuant to Family Court Act article 8, the petitioner appeals from an order of the Family Court, Westchester County (Arlene E. Katz, J.), dated December 11, 2023. The order, insofar as appealed from, dismissed the petition with prejudice.
ORDERED that the appeal is dismissed, without costs or disbursements.
In May 2023, the petitioner commenced this family offense proceeding against the respondent. In December 2023, the parties appeared with counsel for a conference. During the conference, the petitioner voluntarily left the courtroom against the advice of counsel and after being advised by the Family Court that if she did so, the court would proceed in her absence. Thereafter, in an order dated December 11, 2023 (hereinafter the December 2023 order), the court, inter alia, dismissed the petition with prejudice. The petitioner appeals.
No appeal lies from an order entered upon the default of the appealing party (see CPLR 5511). The proper procedure for obtaining review of an order entered on default is to move to vacate the default and, if necessary, appeal from the order deciding that motion (see U.S. Bank N.A. v Tenenbaum, 228 AD3d 701, 701; Matter of Board of Mgrs. of Plum Point-On Hudson Condominium I v Assessor of the Town of New Windsor, 181 AD3d 591, 591-592).
Here, the appeal must be dismissed, as the December 2023 order, insofar as appealed from, was entered upon the petitioner's default (see CPLR 5511; U.S. Bank N.A. v Tenenbaum, 228 AD3d at 701; Matter of Kingston V.R. [Victor R.], 216 AD3d 1096, 1096).
DUFFY, J.P., WOOTEN, LANDICINO and MCCORMACK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court